WR-82,828-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/11/2015 11:16:22 AM
Accepted 6/11/2015 1:44:28 PM
ABEL ACOSTA
CLERK

**NO. WR-82,828-01**

IN THE TEXAS COURT OF CRIMINAL APPEALS
AT AUSTIN, TEXAS

RECEIVED
COURT OF CRIMINAL APPEALS
6/11/2015
ABEL ACOSTA, CLERK

**EX PARTE
RODNEY YOUNG ANDERSON,**
*Applicant*

---

## STATE'S RESPONSE TO APPLICANT'S "MOTION TO EXTEND TIME TO CONTINUE WRIT HEARING AND COMPLY WITH ORDER ISSUED ON MARCH 25, 2015"

---

**TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:**

COMES NOW the State of Texas, by the undersigned assistant district attorney, and respectfully moves the Court to deny the applicant's motion to extend the time limits for compliance with the Court's order of March 25, 2015, on grounds that the applicant has embarked upon a monumental fishing expedition and squandered his opportunity to elicit evidence regarding the specific issues designated by this Court for resolution. The State would respectfully show the Court the following:

# I.

The applicant intends to serially amend his application for a writ of habeas corpus in order to prolong these proceedings until he can find a ground for relief that is not frivolous.

The applicant filed his original application on November 4, 2014, and the trial court signed findings of fact and conclusions of law and recommended that relief be denied on November 26, 2014. Before this Court had an opportunity to rule on the original application, the applicant filed his first amended writ application on January 23, 2015, asserting what appear to be objectively frivolous claims of failure to disclose exculpatory evidence, and thereby requiring a remand to the trial court for resolution of the newly raised issues.

This Court issued an order on March 25, 2015, remanding the case to the district court for resolution of two specific claims of *Brady* violations. The order also included an ambiguous statement that the "trial court shall also make findings of fact regarding whether the prosecutor improperly suppressed evidence in this cause."

Upon remand, the applicant issued a vast quantity of subpoenas duces tecum to every law enforcement agency tangentially involved in the case, including the United States Department of Immigrations and Customs Enforcement and the

Conroe Independent School District police department. Copies of some of those subpoenas are attached as exhibits A through F.

The State moved to quash the subpoena duces tecum issued to the Montgomery County Sheriff's Office, which listed seventeen different categories of information to be produced, on grounds that the subpoena was unduly burdensome and called for production of a vast quantity of information that could not possibly be material to the specific issues designated by this Court for resolution. In arguing that the motion to quash should be overruled, the applicant asserted a right to determine whether the government improperly suppressed *any* evidence relating to the case, under the terms of this Court's remand order, and stated the applicant was entitled to amend his writ application again at any time prior to this Court's ruling on the amended application.

## II.

The trial court conducted a lengthy evidentiary hearing in this case on May 27, 2015. The applicant called as a witness his former trial counsel, Mr. Christopher Tritico, who had not been provided with access to his file for the case and ultimately conceded that he lacked any independent recollection of whether he enjoyed pretrial access to any particular witness statements or police offense report supplements.

3

Although the applicant's other trial counsel, Ms. Andrea Kolski, was present for the hearing and waited hours to testify, the applicant chose *not* to call her as a witness and instead elicited testimony from various business records custodians and civilian eyewitnesses who lacked any knowledge of the pretrial discovery conducted by the applicant. The applicant thus squandered the time made available to him by the district court in order to commence a generalized inquest into the validity of the judgment of conviction, on the stated premise that an article 11.07 writ application can be amended at any time prior to a ruling by this Court.

**III.**

Counsel for the applicant has not made a diligent effort to address the specific issues designated by this Court for resolution in its order of March 25, 2015, and further expansion of the time permitted to conduct his global inquest into the validity of the judgment of conviction is not appropriate.

4

THEREFORE, the State respectfully requests that the Court deny the applicant's motion for extension of the time limits set out in its order of March 25, 2015. In the alternative, the State requests that the Court clarify its order of March 25, 2015, with regard to whether the district court is required to permit a generalized investigation of whether any law enforcement agency failed to disclose any exculpatory evidence to the applicant at the time of trial.

Respectfully submitted,

**BRETT W. LIGON**
District Attorney
Montgomery County, Texas


*/s/ William J. Delmore III*
**WILLIAM J. DELMORE III**
Assistant District Attorney
Montgomery County, Texas
S.B.T. No. 05732400
207 W. Phillips, Second Floor
Conroe, Texas  77301
(936) 539-7800
E-mail: bill.delmore@mctx.org

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing response is being served by electronic mail upon counsel for the applicant on the date of the submission of the original to the Clerk of this Court.

/s/ William J. Delmore III
**WILLIAM J. DELMORE III**
Assistant District Attorney
Montgomery County, Texas

# APPENDIX A

# SUBPOENA DUCES TECUM

### THE STATE OF TEXAS   VS. RODNEY YOUNG ANDERSON
### Cause No. 09-07-07255-CR

TO ANY PEACE OFFICER OF THE STATE OF TEXAS, OR ANY PERSON AT LEAST 18 YEARS OLD AND NOT A PARTICIPANT IN THE PROCEEDINGS - GREETING:

YOU ARE HEREBY COMMANDED TO SUMMON

MONTGOMERY COUNTY SHERIFF'S DEPARTMENT

CUSTODIAN OF RECORDS

to be  and personally appear at 10:00 AM on  the 27th day of MAY, 2015 before  the Honorable 359TH Judicial District  Court of Montgomery County, Texas to be held within and for said  County at the Court House thereof,  in Conroe, Texas  then and there to testify  and the truth  to  speak on  behalf  of  the  Defendant in  the  above and numbered cause, now pending in said Court, and there to to remain from day to day, and from term to term until discharged from the Court.

Said above named witness  is further commanded to produce at said time  and  place  above set forth  the following  books,  papers, documents or other tangible things to-wit:

PLEASE SEE THE ATTACHED DOCUMENT FOR DETAILS

Please Contact  CHRISTOPHER M. GRIFFITH at 210-229-1444 upon request for further instructions.

HEREIN FAIL NOT,  but  of  this Writ  make  due return, showing how you have executed the same.

WITNESS my official signature, at Conroe,  Texas on the 6th day of MAY, 2015.


Barbara Gladden Adamick, District Clerk
Montgomery County, Texas


By _____
        Deputy

CAUSE NO. WR-82.828-01

| | | |
|---|---|---|
| *EX PARTE* | § | IN THE 359ᵗʰ JUDICIAL |
| | § | |
| RODNEY YOUNG ANDERSON | § | DISTRICT COURT |
| | § | |
| | § | MONTGOMERY |
| | § | |
| | § | COUNTY, TEXAS |

## ATTACHMENT FOR APPLICANT'S SUBPOENA INSTANTER OF THE MONTGOMERY COUNTY SHERIFF'S OFFICE

The following items are being subpoenaed Instanter:

"All records, in electronic or paper form, regarding the investigation, arrest, case, trial, and post trial of Anderson, Rodney Young (DOB February 6, 1978) and Sherber, Timothy Wayne (DOB March 7, 1980) and Special Investigations Unit (SIU) shooting occurring February 11, 2008 at the Kroger Shopping Center, 200 Block of South Loop 336 at Interstate 45 SB in Conroe, Texas; including records for Montgomery County Sheriff's Office (MCSO) Case No. 08A002534, MCSO Incident No. G080039463, Trial Court No. 09-0707255-CR, or DA File No. 08-000784.1. Additionally, regarding the above incident,

1. all reports and statements made by Montgomery County Sheriff's Office (MCSO) personnel

2. all MCSO SIU reports; all witness statements, voluntary statements, or field witness statements whether in reports or notes regarding the above incident whether made on February 11, 2008, February 12, 2008, or a later date and whether made by MCSO or other agencies participating with the SIU

3. all witness statements taken by Capt. B. Zenor

4. all crime scene logs

5. chain of custody for all evidence

6. all lab reports and communications with the lab or lab personnel regarding all evidence, including but not limited to all alleged narcotics, shell casings, projectiles, and narcotics field test kits

7. all photographs, in color, of the scene and evidence, including but not limited to those made by CSI and SIU or SIU affiliated personnel and Texas Rangers

8. the compact disc of photographs taken by Det. R. Pickering

9. all recorded interviews

10. all records or recordings of telephone or cellular phone conversations, text messages, and social media messages of Rodney Anderson, Tim Sherber, Jeffrey Harmon, and MCSO or SIU personnel regarding the above incident

11. recording of a walkthrough with Stewart Hightower

12. all records of agreements with confidential informants, including but not limited to Jeffrey Paul Harmon, and all communications with said persons

13. all video and audio recording of the incident, including those on the recording devices in unmarked vehicles utilized by SIU and SIU affiliated personnel, the 2002 Chevrolet Impala marked patrol vehicle driven by James Kellum, devices worn or carried by SIU personnel and confidential informants

14. all communications between MCSO or SIU personnel and the Montgomery County District Attorney's Office regarding witnesses, confidential informants, and evidence, including but not limited to narcotics evidence

15. all 911 calls and dispatch logs

16. all records and documents regarding the operational plans for this SIU operation, authorization for the plan, chain of command, and post execution meeting

17. the disciplinary and internal affairs files for all MCSO personnel involved in the above incident, including: Glisson, James H; Cash, Phillip G; Womack, David E; McDaniel, William R; Bagwell, Brian E; Ballard, Billy; Pickering, Ronald; Likens, Donald W; Kellum, James "Buddy"; CSI McAnarney, Caryn; CSI McCauley, L; CSI DeWeerd, Darla R; Zenor, Bruce; Salazar, R; Hall, Damon; Anderson, Rick; Bucks, William; Terrell, Audrey; Salazar, Randall S; Hudgens, Kenneth; Lozano, Daniel T, who, although not an exhaustive list, were involved in the above incident.

All records to be turned over immediately to Christopher M. Griffith, attorney for Rodney Anderson.

310 S. St. Marys
Suite 1250
San Antonio TX 78205

(210)229-1444

# APPENDIX B

# SUBPOENA DUCES TECUM

THE STATE OF TEXAS   VS. RODNEY YOUNG ANDERSON
Cause No. 09-07-07255-CR

TO ANY PEACE OFFICER OF THE STATE OF TEXAS, OR ANY PERSON AT LEAST 18 YEARS OLD AND NOT A PARTICIPANT IN THE PROCEEDINGS - GREETING:

BY _Kelly Elen_
DEPUTY

    YOU ARE HEREBY COMMANDED TO SUMMON

    CONROE POLICE DEPARTMENT

    CUSTODIAN OF RECORDS

to be and personally appear at 10:00 AM on the 27th day of MAY, 2015 before the Honorable 359TH Judicial District Court of Montgomery County, Texas to be held within and for said County at the Court House thereof, in Conroe, Texas then and there to testify and the truth to speak on behalf of the Defendant in the above and numbered cause, now pending in said Court, and there to to remain from day to day, and from term to term until discharged from the Court.

    Said above named witness is further commanded to produce at said time and place above set forth the following books, papers, documents or other tangible things to-wit:

    PLEASE SEE THE ATTACHED DOCUMENT FOR DETAILS

    Please Contact CHRISTOPHER M. GRIFFITH at 210-229-1444 upon request for further instructions.

    HEREIN FAIL NOT, but of this Writ make due return, showing how you have executed the same.

    WITNESS my official signature, at Conroe, Texas on the 6th day of MAY, 2015.


Barbara Gladden Adamick, District Clerk
Montgomery County, Texas


By _Susie Herman_
Deputy

SCANNED

CAUSE NO. WR-82.828-01

| | | |
|---|---|---|
| *EX PARTE* | § | IN THE 359ᵗʰ JUDICIAL |
| | § | |
| RODNEY YOUNG ANDERSON | § | DISTRICT COURT |
| | § | |
| | § | MONTGOMERY |
| | § | |
| | § | COUNTY, TEXAS |

## ATTACHMENT FOR APPLICANT'S SUBPOENA INSTANTER OF THE CONROE POLICE DEPARTMENT

The following items are being subpoenaed Instanter:

"The case file kept by Conroe Police Department (CPD), in electronic or paper form, regarding the investigation, arrest, case, trial, and post trial of Anderson, Rodney Young (DOB February 6, 1978) and Sherber, Timothy Wayne (DOB March 7, 1980) and Special Investigations Unit (SIU) shooting occurring February 11, 2008 at the Kroger Shopping Center, 200 Block of South Loop 336 at Interstate 45 SB in Conroe, Texas, including records produced by the CPD for Montgomery County Sheriff's Office (MCSO) Case No. 08A002534, MCSO Incident No. G080039463, Trial Court No. 09-0707255-CR, or DA File No. 08-000784.1. Additionally, regarding the above incident, all reports and statements made by CPD personnel; all reports made by CPD personnel for the MCSO SIU; all witness statements, voluntary statements, or field witness statements, whether in notes or reports, regarding the above incident whether made on February 11, 2008, February 12, 2008, or a later date; crime scene logs; chain of custody for all evidence, including but not limited to all alleged narcotics, shell casings, projectiles, and narcotics field test kits; all photographs of the scene and evidence; all recorded interviews; all records or recordings of telephone or cellular phone conversations, text messages, and social media messages of Rodney Anderson, Tim Sherber, Jeffrey Harmon, and CPD or SIU personnel regarding the above incident; all records of agreements with confidential informants, including but not limited to Jeffrey Paul Harmon, and all communications with said persons; all video and audio recording of the incident, including but not limited to recording devices in unmarked vehicles and devices worn or carried by CPD personnel and confidential informants; all communications between CPD personnel and the Montgomery County District Attorney's Office regarding witnesses, confidential informants, or evidence, including narcotics evidence. The disciplinary and internal affairs files of all CPD personnel, including Key, John, involved in the above incident. Counsel understands Conroe Police Department forms were used to obtain initial statements from witnesses on February 11, 2008."

All records to be turned over immediately to Christopher M. Griffith, attorney for Rodney Anderson.

310 S. St. Marys
Suite 1250
San Antonio TX 78205

(210)229-1444

# APPENDIX C

# SUBPOENA DUCES TECUM

13

THE STATE OF TEXAS  VS. RODNEY YOUNG ANDERSON
Cause No. 09-07-07255-CR

TO ANY PEACE OFFICER OF THE STATE OF TEXAS, OR ANY PERSON AT
LEAST 18 YEARS OLD AND NOT A PARTICIPANT IN THE PROCEEDINGS
GREETING:

.  YOU ARE HEREBY COMMANDED TO SUMMON

**TEXAS DEPARTMENT OF PUBLIC SAFETY**

**CUSTODIAN OF RECORDS**

to be and personally  appear at  10:00 AM on the 27th day of MAY,
2015 before the Honorable 359TH Judicial District  Court of
Montgomery County, Texas to be held within and  for said County at the
Court House  thereof,  in Conroe,  Texas then and there to testify and
the truth to speak  on  behalf of  the  Defendant  in  the  above  and
numbered cause, now pending in said Court, and there to to remain from
day to day, and from term to term until discharged from the Court.

Said above named  witness is further commanded to produce at
said time  and  place  above  set forth  the following books,  papers,
documents or other tangible things to-wit:

PLEASE SEE THE ATTACHED DOCUMENT FOR DETAILS

Please Contact CHRISTOPHER M. GRIFFITH at 210-229-1444 upon
request for further instructions.

HEREIN FAIL  NOT,  but  of this Writ  make due  return,
showing how you have executed the same.

WITNESS my  official signature, at Conroe, Texas on the
6th day of MAY, 2015.

Barbara Gladden Adamick, District Clerk
Montgomery County, Texas

By _____
Deputy

SCANNED

CAUSE NO. WR-82.828-01

| | | |
|---|---|---|
| *EX PARTE* | § | IN THE 359ᵗʰ JUDICIAL |
| | § | |
| RODNEY YOUNG ANDERSON | § | DISTRICT COURT |
| | § | |
| | § | MONTGOMERY |
| | § | |
| | § | COUNTY, TEXAS |

## ATTACHMENT FOR APPLICANT'S SUBPOENA INSTANTER OF THE TEXAS DEPARTMENT OF PUBLIC SAFETY

The following items are being subpoenaed Instanter:

"All records in Division File RA-2008-00105 regarding the investigation, arrest, case, trial, and post trial of Anderson, Rodney Young (DOB February 6, 1978) and Sherber, Timothy Wayne (DOB March 7, 1980) and Montgomery County Sheriff's Office (MCSO) Special Investigations Unit (SIU) shooting occurring February 11, 2008 at the Kroger Shopping Center 200 Block of South Loop 336 at Interstate 45 SB in Conroe, Texas, including records produced by the Texas Rangers, including but not limited to Rangers Wende Wakeman, David Rainwater, Steven Jeter, and Bryant Wells, for Montgomery County Sheriff's Office (MCSO) Case No. 08A002534, MCSO Incident No. G080039463, Trial Court No. 09-0707255-CR, or DA File No. 08-000784.1. Additionally, regarding the above incident, all reports and statements made by the Texas Rangers; all reports made by the Texas Rangers for the MCSO SIU; all witness statements, voluntary statements, or field witness statements, whether in reports or notes, regarding the above incident whether made on February 11, 2008, February 12, 2008, or a later date; crime scene logs; chain of custody for all evidence, including but not limited to all alleged narcotics, shell casings, projectiles, and narcotics field test kits; all photographs of the scene and evidence; all recorded interviews; the recorded walkthrough with Stewart Hightower; all records or recordings of telephone or cellular phone conversations, text messages, and social media messages of Rodney Anderson, Tim Sherber, Jeffrey Harmon, and MCSO or SIU personnel regarding the above incident; all records of agreements with confidential informants, including but not limited to Jeffrey Paul Harmon, and all communications with said persons; all video and audio recording of the incident, including but not limited to recording devices in unmarked vehicles and devices worn or carried by MCSO SIU personnel and confidential informants; the recorded walkthrough with Montgomery Police Officer Stewart Hightower; all communications between the Texas Rangers and the Montgomery County District Attorney's Office regarding witnesses, confidential informants, and evidence, including narcotics evidence."

# APPENDIX D

# SUBPOENA DUCES TECUM

14

## THE STATE OF TEXAS VS. RODNEY YOUNG ANDERSON
### Cause No. 09-07-07255-CR

TO ANY PEACE OFFICER OF THE STATE OF TEXAS, OR ANY PERSON AT LEAST 18 YEARS OLD AND NOT A PARTICIPANT IN THE PROCEEDINGS GREETING:

YOU ARE HEREBY COMMANDED TO SUMMON

IMMIGRATION AND CUSTOMS ENFORCEMENT

CUSTODIAN OF RECORDS

to be and personally appear at 10:00 AM on the 27th day of MAY, 2015 before the Honorable 359TH Judicial District Court of Montgomery County, Texas to be held within and for said County at the Court House thereof, in Conroe, Texas then and there to testify and the truth to speak on behalf of the Defendant in the above and numbered cause, now pending in said Court, and there to to remain from day to day, and from term to term until discharged from the Court.

Said above named witness is further commanded to produce at said time and place above set forth the following books, papers, documents or other tangible things to-wit:

PLEASE SEE THE ATTACHED DOCUMENT FOR DETAILS

Please Contact CHRISTOPHER M. GRIFFITH at 210-229-1444 upon request for further instructions.

HEREIN FAIL NOT, but of this Writ make due return, showing how you have executed the same.

WITNESS my official signature, at Conroe, Texas on the 6th day of MAY, 2015.

Barbara Gladden Adamick, District Clerk
Montgomery County, Texas

By _Susie Herman_
Deputy

SCANNED

CAUSE NO. WR-82.828-01

| | | |
|---|---|---|
| *EX PARTE* | § | IN THE 359ᵗʰ JUDICIAL |
| | § | |
| RODNEY YOUNG ANDERSON | § | DISTRICT COURT |
| | § | |
| | § | MONTGOMERY |
| | § | |
| | § | COUNTY, TEXAS |

### ATTACHMENT FOR APPLICANT'S SUBPOENA INSTANTER OF IMMIGRATION AND CUSTOMS ENFORCEMENT

The following items are being subpoenaed Instanter:

"All records regarding arrests of Anderson, Rodney Young (DOB February 6, 1978) and Sherber, Timothy Wayne (DOB March 7, 1980) and Montgomery County Sheriff's Office (MCSO) Special Investigations Unit (SIU) shooting occurring February 11, 2008 at the Kroger Shopping Center, 200 Block of South Loop 336 at Interstate 45 SB in Conroe, Texas, including records produced by Immigration and Customs Enforcement (ICE) personnel, including but not limited to Agent Marco Salterelli, for Montgomery County Sheriff's Office (MCSO) Case No. 08A002534, MCSO Incident No. G080039463, Trial Court No. 09-0707255-CR, or DA File No. 08-000784.1. Additionally, regarding the above incident, all reports and statements made by ICE personnel; all reports made by ICE personnel for the MCSO SIU; all witness statements, voluntary statements, or field witness statements, whether in notes or reports, regarding the above incident whether made on February 11, 2008, February 12, 2008, or a later date; crime scene logs; chain of custody for all evidence, including but not limited to all alleged narcotics, shell casings, projectiles, and narcotics field test kits; all photographs of the scene and evidence; all recorded interviews; all recorded interviews; all records or recordings of telephone or cellular phone conversations, text messages, and social media messages of Rodney Anderson, Tim Sherber, Jeffrey Harmon, and ICE personnel regarding the above incident; all records of agreements with confidential informants, including but not limited to Jeffrey Paul Harmon, all communications with said persons; all video and audio recording of the incident, including but not limited to recording devices in unmarked vehicles and devices worn or carried by ICE personnel and confidential informants; all communications between ICE personnel and the Montgomery County District Attorney's Office regarding witnesses, confidential informants, or evidence, including narcotics evidence."

All records to be turned over immediately to Christopher M. Griffith, attorney for Rodney Anderson.

310 S. St. Marys
Suite 1250
San Antonio TX 78205

(210)229-1444

# APPENDIX E

# SUBPOENA DUCES TECUM

THE STATE OF TEXAS   VS. RODNEY YOUNG ANDERSON
Cause No. 09-07-07255-CR

TO ANY PEACE OFFICER OF THE STATE OF TEXAS, OR ANY PERSON AT LEAST 18 YEARS OLD AND NOT A PARTICIPANT IN THE PROCEEDINGS GREETING:

**YOU ARE HEREBY COMMANDED TO SUMMON**

**CONROE ISD POLICE DEPARTMENT**

**CUSTODIAN OF RECORDS**

to be and personally appear at 10:00 AM on  the  27th day of MAY, 2015 before the Honorable 359TH  Judicial District Court  of Montgomery County, Texas to be held within  and for said County at the Court House  thereof, in Conroe, Texas then and there to  testify  and the truth  to  speak on  behalf of the  Defendant  in  the  above  and numbered cause, now pending in said Court, and there to to remain from day to day, and from term to term until discharged from the Court.

Said above named witness is  further commanded to produce at said time  and  place above set  forth the  following  books,  papers, documents or other tangible things to-wit:

**PLEASE SEE THE ATTACHED DOCUMENT FOR DETAILS**

**Please** Contact CHRISTOPHER  M.  GRIFFITH at 210-229-1444 upon request for further instructions.

**HEREIN FAIL  NOT,** but of  this  Writ make  due  return, showing how you have executed the same.

**WITNESS** my official  signature, at Conroe, Texas on the 6th day of MAY, 2015.

Barbara Gladden Adamick, District Clerk
Montgomery County, Texas

BY _____
Deputy

SCANNED

# CAUSE NO. WR-82.828-01

| | | |
|---|---|---|
| *EX PARTE* | § | IN THE 359ᵗʰ JUDICIAL |
| | § | |
| RODNEY YOUNG ANDERSON | § | DISTRICT COURT |
| | § | |
| | § | MONTGOMERY |
| | § | |
| | § | COUNTY, TEXAS |

## ATTACHMENT FOR APPLICANT'S SUBPOENA INSTANTER OF THE CONROE ISD POLICE DEPARTMENT

The following items are being subpoenaed Instanter:

"The case file kept by Conroe ISD Police Department (CISDPD), in electronic or paper form, regarding the investigation, arrest, case, trial, and post trial of Anderson, Rodney Young (DOB February 6, 1978) and Sherber, Timothy Wayne (DOB March 7, 1980) and Special Investigations Unit (SIU) shooting occurring February 11, 2008 at the Kroger Shopping Center, 200 Block of South Loop 336 at Interstate 45 SB in Conroe, Texas, including records produced by Conroe ISD Police Department personnel for Montgomery County Sheriff's Office (MCSO) Case No. 08A002534, MCSO Incident No. G080039463, Trial Court No. 09-0707255-CR, or DA File No. 08-000784.1. Additionally, regarding the above incident, all reports and statements made by CISDPD personnel; all reports made by CISDPD personnel for the MCSO SIU; all witness statements, voluntary statements, or field witness statements, whether in reports or notes, regarding the above incident whether made on February 11, 2008, February 12, 2008, or a later date; crime scene logs; all reports, documents, and recordings made for the Texas Rangers; chain of custody for all evidence, including but not limited to all alleged narcotics, shell casings, projectiles, and narcotics field test kits; all photographs of the scene and evidence; all recorded interviews; all records or recordings of telephone or cellular phone conversations, text messages, and social media messages of Rodney Anderson, Tim Sherber, Jeffrey Harmon, and CISDPD or SIU personnel regarding the above incident; all records of agreements with confidential informants, including but not limited to Jeffrey Paul Harmon, and all communications with such persons; all video and audio recording of the incident, including but not limited to recording devices in unmarked vehicles and devices worn or carried by CISDPD personnel and confidential informants; all communications between CISDPD personnel and the Montgomery County District Attorney's Office regarding witnesses, confidential informants, or evidence, including narcotics evidence; all 911 calls and dispatch logs. The disciplinary and internal affairs files of the CISDPD personnel, including Jeff Laurent, who were involved in the above incident. "

All records to be turned over immediately to Christopher M. Griffith, attorney for Rodney Anderson.

310 S. St. Marys
Suite 1250
San Antonio TX 78205

(210)229-1444

# APPENDIX F

# SUBPOENA DUCES TECUM

### THE STATE OF TEXAS   VS. RODNEY YOUNG ANDERSON
### Cause No. 09-07-07255-CR

2015 MAY 27 AM 9: 04

TO ANY PEACE OFFICER OF THE STATE OF TEXAS, OR ANY PERSON AT LEAST 18 YEARS OLD AND NOT A PARTICIPANT IN THE PROCEEDINGS - GREETING:

BY_____

YOU ARE HEREBY COMMANDED TO SUMMON

MONTGOMERY POLICE DEPARTMENT

CUSTODIAN OF RECORDS

    to be and  personally appear at 10:00 AM on the 27th day of  MAY, 2015 before the  Honorable  359TH Judicial District Court of Montgomery County, Texas to be held within and for said County at  the Court House thereof, in Conroe,  Texas then and there to  testify  and the truth  to  speak  on  behalf of  the Defendant  in the  above  and numbered cause, now pending in said Court, and there to to remain from day to day, and from term to term until discharged from the Court.

    Said above named witness is further  commanded to produce at said time  and place  above  set forth  the following  books,  papers, documents or other tangible things to-wit:

PLEASE SEE THE ATTACHED DOCUMENT FOR DETAILS

    Please Contact CHRISTOPHER  M. GRIFFITH at 210-229-1444 upon request for further instructions.

    HEREIN FAIL  NOT,  but  of this  Writ make  due return, showing how you have executed the same.

    WITNESS my official signature, at Conroe,  Texas on the 6th day of MAY, 2015.

Barbara Gladden Adamick, District Clerk
Montgomery County, Texas

By_____
     Deputy

SCANNED

CAUSE NO. WR-82.828-01

| | | |
|---|---|---|
| *EX PARTE* | § | IN THE 359ᵗʰ JUDICIAL |
| | § | |
| **RODNEY YOUNG ANDERSON** | § | **DISTRICT COURT** |
| | § | |
| | § | **MONTGOMERY** |
| | § | |
| | § | **COUNTY, TEXAS** |

## ATTACHMENT FOR APPLICANT'S SUBPOENA INSTANTER OF THE MONTGOMERY POLICE DEPARTMENT

The following items are being subpoenaed Instanter:

"The case file kept by Montgomery Police Department (MPD), in electronic or paper form, regarding the investigation, arrest, case, trial, and post trial of Anderson, Rodney Young (DOB February 6, 1978) and Sherber, Timothy Wayne (DOB March 7, 1980) and Special Investigations Unit (SIU) shooting occurring February 11, 2008 at the Kroger Shopping Center, 200 Block of South Loop 336 at Interstate 45 SB in Conroe, Texas, including records produced by the MPD for Montgomery County Sheriff's Office (MCSO) Case No. 08A002534, MCSO Incident No. G080039463, Trial Court No. 09-0707255-CR, or DA File No. 08-000784.1. Additionally, regarding the above incident, all reports and statements made by MPD personnel; all reports made by MPD personnel for the MCSO SIU; all witness statements, voluntary statements, or field witness statements, whether in notes or reports, regarding the above incident whether made on February 11, 2008, February 12, 2008, or a later date; crime scene logs; chain of custody for all evidence, including but not limited to all alleged narcotics, shell casings, projectiles, and narcotics field test kits; all photographs of the scene and evidence; all recorded interviews; all records or recordings of telephone or cellular phone conversations, text messages, and social media messages of Rodney Anderson, Tim Sherber, Jeffrey Harmon, and MPD or SIU personnel regarding the above incident; all records of agreements with confidential informants, including but not limited to Jeffrey Paul Harmon, all communications with said persons; all video and audio recording of the incident, including but not limited to recording devices in unmarked vehicles and devices worn or carried by MPD personnel and confidential informants; all communications between MPD personnel and the Montgomery County District Attorney's Office regarding witnesses, confidential informants, or evidence, including narcotics evidence. Furthermore, all records of firearms and ammunition Officer Stewart Hightower was authorized to carry as MPD and SIU personnel between January 1, 2008 and February 28, 2008; MPD's standard operating procedures, rules regarding, or list of approved weapons and ammunition allowed to be carried by MPD personnel between January 1, 2008 and February 28, 2008; MPD's standard operating

procedures for uses of force, use as in effect February 11, 2008; all reports, documents, and results of the investigation of. The disciplinary and internal affairs files of all MPD personnel, including Hightower, Stewart, involved in the above incident."

All records to be turned over immediately to Christopher M. Griffith, attorney for Rodney Anderson.

310 S. St. Marys
Suite 1250
San Antonio TX 78205

(210)229-1444